# UNITED STATES DISTRICT COURT
## for the
### Middle District of Louisiana

FILED
U.S. ... COURT
M... LA

2008 FEB 29 P 2:24

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Reginald Durnell Sumly ) | Case No: 95-71-JVP-CN |
| ) | USM No: 02685-095 |
| Date of Previous Judgment: May 17, 1996 ) | Jean M. Faria |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [ ] the defendant  [ ] the Director of the Bureau of Prisons  [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **188** months **is reduced to** **time served**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **36**          Amended Offense Level: **34**
Criminal History Category: **I**         Criminal History Category: **I**
Previous Guideline Range: **188** to **235** months   Amended Guideline Range: **151** to **188** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ]  The reduced sentence is within the amended guideline range.
[ ]  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ]  Other

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **5-17-96** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 29, 2008

_Judge's signature_

Effective Date: March 13, 2008
(if different from order date)

John V. Parker, U.S. District Judge
Printed name and title